No. 86–982.    HANTON *v.* KENNEDY ET AL.    C. A. 6th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted.    Certiorari denied.

No. 86–1003.    SALINAS ET AL. *v.* ROADWAY EXPRESS, INC., ET AL.    C. A. 5th Cir.    Motion of respondent Roadway Express, Inc., for damages denied.    Certiorari denied.

No. 86–1036.    DOUBLE RAINBOW GOURMET ICE CREAMS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (PILLSBURY CO. ET AL., REAL PARTIES IN INTEREST).    C. A. 9th Cir.    Certiorari denied.    JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–5996.    BARKSDALE ET AL. *v.* INTERNATIONAL BUSINESS MACHINES CORP.    C. A. 4th Cir.    Certiorari denied.    JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–6074.    GORMONG *v.* CLEVELAND ELECTRIC COMPANY OF GEORGIA, INC.    Ct. App. Ga.    Certiorari denied.    JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–1039.    TOWNSHIP OF PISCATAWAY ET AL. *v.* NEW JERSEY CITIZEN ACTION ET AL.    C. A. 3d Cir.    Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 86–1109.    CELAURO, COMMISSIONER OF REVENUE OF TENNESSEE *v.* MIDLAND BANK & TRUST CO. ET AL.    Sup. Ct. Tenn. Motion of Multistate Tax Commission for leave to file a brief as *amicus curiae* granted.    Certiorari denied.

No. 86–1123.    RELIGIOUS TECHNOLOGY CENTER ET AL. *v.* WOLLERSHEIM ET AL.    C. A. 9th Cir.    Certiorari denied.    JUSTICE BRENNAN took no part in the consideration or decision of this petition.